**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP A. PUTMAN, ) | No. SACV 08-625-DSF(CW) |
| Plaintiff, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| STATE BAR OF CALIFORNIA, et ) al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted with the following changes:

    p. 3, ln. 3: "11-12" should be "67, 70";

    p. 3, ln. 13: "¶ 70" should be "¶¶ 70-71";

    p. 11, ln. 27 (n.12): "and conclusions of law shall not . . ." should be "and conclusions of law shall be filed but the proposed

1  disposition shall not . . .";
2      p. 12, lns. 1-5: the parenthetical should be "While it is
3  ultimately the responsibility of [the California Supreme Court] to
4  determine the degree of discipline to be imposed, the review
5  department's recommendation is entitled to great weight.";
6  (2) that Defendants' motion to dismiss (docket no. 13, filed August
7  29, 2008) be granted; (3) that the Complaint be dismissed without
8  leave to amend; and (4) that judgment be entered dismissing this
9  action, in its entirety, with prejudice as to Plaintiff's damages
10 claims under federal law and without prejudice as to Plaintiff's
11 damages claims under state law and his claims for equitable relief.
12     **IT IS FURTHER ORDERED** that this order and the judgment herein be
13 served on the parties.

DATED: 8/3/10

DALE S. FISCHER
United States District Judge