UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP A. PUTMAN, | ) | No. SACV 08-625-DSF(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| STATE BAR OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice as to Plaintiff's damages claims under federal law, and without prejudice as to Plaintiff's damages claims under state law and his claims for equitable relief.

DATED:  8/3/10

_____
DALE S. FISCHER
United States District Judge