# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SACV 08-625-GPS(CW) | Date August 6, 2010 |
| Title | Philip A. Putman v. State Bar of California, et al. | |

Present: The Honorable  Carla Woehrle, United States Magistrate Judge

| Donna Y. Thomas | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

n/a                                     n/a

**Proceedings:**      (In Chambers)

The court has learned that the Complaint (docket no. 1) as scanned in and accessible from the docket is missing page 3. The copy of the complaint in the chambers case file is complete, and the clerk shall scan in this minute order with the attached copy of page 3 of the Complaint in order to complete the record.


cc:   Pro Se Plaintiff
      All Counsel

California Constitution and B&P Code § 6001. Pursuant to B&P Code § 6001, it "can sue and be sued", "dispose of ... all or portion of its income or revenue from membership fees paid in addition to mandatory dues set by the Legislature pursuant to B&P Code § 6140 (§6001(g)). The State Bar acts through its Board of Governors (B&P Code §§ 6008.4, 6010), which makes rules and regulations (B&P Code § 6025) and operates the State Bar (B&P Code §§ 6028-6031).

9. Defendant, Board of Governors (Board), with the approval of the California Supreme Court, can formulate and enforce "rules of professional conduct" (rules) for members of the State Bar (B&P Code § 6076). After approval by the Supreme Court, the Board has the power to enforce a "willful breach of the rules" by "reproval, public or private or to recommend to the Supreme Court a suspension from practice for a period not exceeding three years" (B&P Code § 6077).

10. Defendant, Lawyers Assistance Program ("LAP") is a program that supports recovering attorneys in their rehabilitations and competent practice of law.

11. Defendant Robert Gastelum is a Case manager with LAP, and is a member of the LAP evaluating committee. Defendant Robert Gastelum is licensed as a Marriage and Family Therapist (MFT.)

12. Defendant Pam Poley is a Clinical Director at LAP, and a member of the LAP evaluating committee. Defendant Pam Poley is licensed as an MFT.

13. Defendant Lisa Spendlove, is a natural person, is a group facilitator and a member of the LAP evaluating committee.